UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------

| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS, )<br><br>Plaintiffs, )<br><br>-against- )<br><br>J.M. PAINTING CONTRACTORS INC., )<br><br>Defendant. ) | Index No.: 07-CIV-6947 (WCC)<br><br>REQUEST FOR ENTRY OF DEFAULT JUDGMENT<br><br>*[FILED STAMP: U.S. DISTRICT FILED SEP 17 2007 S.D. W.P. OF N.]* |

---------------------------------------------------------------------

TO:   Clerk of the United States District Court for the
       Southern District of New York

Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant, J.M.

Painting Contractors Inc. having failed to appear or answer the Summons and Complaint, you are

requested to enter a Default Judgment in favor of Plaintiffs, Trustees of the District Council 9 Painting

Industry Insurance and Annuity Funds against the Defendant, J.M. Painting Contractors Inc. in the sum

of $4,536.93, which includes principal, attorneys' fees, court costs and disbursements.


Dated:  Elmsford, New York
         September 14, 2007

                                                   Dana L. Henke (DLH3025)
                                                   Barnes, Iaccarino, Virginia,
                                                   Ambinder & Shepherd, PLLC
                                                   258 Saw Mill River Road
                                                   Elmsford, New York 10523
                                                   (914) 592-1515