Conner, J

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING )
INDUSTRY INSURANCE AND ANNUITY FUNDS,    )    Index No.: 07-CIV-6947 (WCC)
                                          )    ECF CASE
                    Plaintiffs,           )    ORDER TO SHOW
                                          )    CAUSE FOR
                                          )    DEFAULT JUDGMENT
          -against-                       )
                                          )
J.M. PAINTING CONTRACTORS INC.,           )
                                          )
                                          )
                    Defendant.            )

---

CONNER, SR. D.J.:

Upon consideration of Plaintiffs' request for Entry of Final Judgment by Default and supporting papers, it is hereby

ORDERED, that a conference be held on the 24th day of October 2007 at 10:15 o'clock a.m. of that day or as soon thereafter as counsel can be heard why a Default Judgment for the relief requested in the Complaint should not be granted, and it is further

ORDERED, that sufficient cause appearing therefore, let service of a copy of this Order and supporting papers be made upon Defendant, J.M. Painting Contractors Inc. by certified mail, return receipt requested on or before the 21st day of September 2007, and such service shall be deemed good and sufficient service.

Dated: White Plain, New York
       Sept. 19, 2007

SO ORDERED

*William C. Conner*
WILLIAM C. CONNER, SR. U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

FAXED
COPIES MAILED TO COUNSEL OF RECORD