UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------

| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS, ) | Index No.: 07-CIV-6947 (WCC) |
| Plaintiffs, ) | CLERK'S CERTIFICATE |
| -against- ) | |
| J.M. PAINTING CONTRACTORS INC., ) | |
| Defendant. ) | |

------------------------------------------------------------------------

I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the docket entries in the above-entitled action indicate that this action commenced on August 2, 2007 with the filing of the Summons and Complaint; a copy of the Summons and Complaint was served on defendant via Secretary of State on August 16, 2007 and proof of such service thereof was filed on August 30, 2007.

I further certify that docket entries indicate that the Defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: White Plains, New York
            2007

J. MICHAEL MC MAHON
Clerk of the Court

By: _Lorraine Lombardo_
Deputy Clerk