UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING  )
INDUSTRY INSURANCE AND ANNUITY FUNDS,        )  Index No.: 07-CIV-6947 (WCC)
                                             )
                       Plaintiffs,           )  STATEMENT OF DAMAGES
                                             )
      -against-                              )
                                             )
J.M. PAINTING CONTRACTORS INC.,              )
                                             )
                       Defendant.            )
                                             )

---

Principal amount due.................................................................... $ 2,606.93
for the period December 31, 2004 through December 20, 2005

Attorneys' Fees ........................................................................... $ 1,500.00

Court Costs & Disbursements:

    Filing Fees (Index)................................................................ $   350.00
    Process Server Fee................................................................ $    80.00


**GRAND TOTAL:**............................................................... $ 4,536.93