*Conner, J*

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING
INDUSTRY INSURANCE AND ANNUITY FUNDS,

                                                             Index No.: 07-CIV-6947 (WCC)
                                                             ECF CASE
                           Plaintiffs,              **VOLUNTARY NOTICE**
                                                               **OF DISMISSAL**

      -against-

J.M. PAINTING CONTRACTORS INC.,

                           Defendant.
---------------------------------------------------------------x

      Please take notice that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the plaintiffs by the undersigned attorney of record hereby voluntarily dismisses the above entitled action. Without Prejudice.

Dated: October 24, 2007
       Elmsford, New York

                                                               Dana L. Henke, Esq. (DLH3025)
                                                                Attorney for Plaintiff
                                                                258 Saw Mill River Road
                                                                Elmsford, New York 10523
                                                                (914) 592-1515

SO ORDERED.

*William C. Conner*
Honorable William C. Conner, U.S.D.J.

dated: White Plains, NY
            Oct. 25, 2007

USDC SDNY
DOCUMENT
[stamp illegible]

COPIES E-MAILED TO COUNSEL OF RECORD for TLS